UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. OROZCO,<br><br>        Petitioner,<br><br>        v.<br><br>S. FRAUENHEIM, Warden,<br><br>        Respondent. | Case No. CV 15-1192 JVS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the March 26, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied and this action is dismissed with prejudice and that Judgment be entered accordingly.

///
///
///

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on petitioner and on
respondent's counsel.

IT IS SO ORDERED.

DATED: May 8, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE