UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. OROZCO, | Case No. CV 15-1192 JVS(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| S. FRAUENHEIM, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: _May 8, 2018___

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE